No. 751. CARMICHAEL, PRESIDENT OF UNIVERSITY OF NORTH CAROLINA, ET AL. *v.* McKISSICK ET AL. C. A. 4th Cir. Certiorari denied. *Harry McMullan,* Attorney

952

General of North Carolina, *Ralph Moody,* Assistant Attorney General, *J. C. B. Ehringhaus, Jr.* and *Kenneth C. Royall* for petitioners. *Robert L. Carter, Thurgood Marshall, Frank D. Reeves* and *Spottswood W. Robinson, III,* for respondents.

